**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7576**

———————

RAYMOND SMITH,

                                                   Petitioner - Appellant,

        versus

STATE OF SOUTH CAROLINA; CHARLES M. CONDON,
Attorney General of the State of South
Carolina,

                                                   Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Charles E. Simons, Jr., Senior Dis-
trict Judge. (CA-97-298-2-06AJ)

———————

Submitted: December 17, 1998        Decided: January 12, 1999

———————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Raymond Smith, Appellant Pro Se. Donald John Zelenka, Chief Deputy
Attorney General, Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Raymond Smith appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Smith v. State of South Carolina, No. CA-97-298-2-06AJ (D.S.C. Sept. 30, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED